# IN THE DE JURE SUPERIOR OF THE UNITED DISTRICT COURT
## For the District of Louisiana

'court of record

**FILE ON DEMAND**

CASE #

## SUMMONS

Mary S. Jennings
    Claimant

First National Bank of Omaha
Clark D. Lauritzen, CEO
Portfolio Recovery Associates LLC
Kevin Stevenson, CEO
PCA Acquisitions V, LLC
Matthew Phillips, Attorney
Adam Cohen, Attorney
Equifax Information Services LLC
Experian Information Solutions Inc
Transunion LLC

    Defendants

A claim has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the Claimant an answer of the attached claim. The Law of the Case is attached. There will be no oral arguments. This court. Mindful of the rights of the parties and the importance of fair play, will liberally construe the written arguments and papers as presented.

The answer must be served on the Claimant whose name and address is.

I am, without prejudice UCC 1-308

July 7th, 2017, Saint Amant, LA

*Mary S. Jennings*

Mary S. Jennings

9430 James Aymond Dr
Saint Amant, LA [70774]

msjennings2017@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the claim. You must file your answer in the case # here.

by: Clerk of Common Law Court of Record