UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MARY S. JENNINGS | CIVIL ACTION |
| VERSUS | |
| | NO. 17-450-JWD-EWD |
| FIRST NATIONAL BANK OF OMAHA, ET AL. | |

# O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report dated October 12, 2017, to which no objection was filed;

**IT IS ORDERED** that this matter is dismissed without prejudice for Plaintiff's failure to pay the filing fee, pursuant Federal Rule of Civil Procedure 41(b).

**IT IS FURTHER ORDERED** that Plaintiff is granted leave of court to file a motion to reopen the case within thirty (30) days for good cause.

Signed in Baton Rouge, Louisiana, on <u>November 17, 2017</u>.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA