UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MARY S. JENNINGS

VERSUS

FIRST NATIONAL BANK
OF OMAHA, ET AL.

CIVIL ACTION

NO. 17-450-JWD-EWD

## JUDGMENT

For written reasons assigned,

**IT IS ORDERED, ADJUDGED, AND DECREED** that judgment shall be entered dismissing this matter without prejudice for Plaintiff's failure to pay the filing fee, pursuant Federal Rule of Civil Procedure 41(b).

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff is granted leave of court to file a motion to reopen the case within thirty (30) days for good cause.

Signed in Baton Rouge, Louisiana, on November 17, 2017.

_____
JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA